1014

[No. 2359-2. Division Two. October 27, 1976.]

JOHN W. DEMCO, *Respondent*, v. TOM BLY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 121492, Frank D. Howard, J., entered July 8, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1647-3. Division Three. October 27, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY RENTIE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 23269, Del Cary Smith, Jr., J., entered June 30, 1975. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by McInturff, C.J., and Green, J.

[No. 1553-3. Division Three. October 27, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD RAY COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 3226, Fred R. Staples, J., entered May 9, 1975. *Affirmed* by unpublished opinion per Hanson, J. Pro Tem., concurred in by Green and Munson, JJ.

[No. 1889-3. Division Three. October 27, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY FRANKLIN CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 23885, John J. Lally, J., entered January 27, 1976. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 3045-1. Division One. November 1, 1976.]

DONNA KJARGAARD, *Respondent*, v. JOHN JORDAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 33590, Walter J. Deierlein, Jr., J., entered April 29, 1974. *Affirmed* by unpublished per curiam opinion.